15464.   MOSELY, for use, etc., v. FIRST NATIONAL BANK OF
McDONOUGH.

JENKINS, P. J.   Under the answers of the Supreme Court to the controlling questions in this case, certified to it by this court, relating to alleged errors in the charge of the trial court, it was error to refuse a new trial to the plaintiff in the court below.  See *Mosely v. First Nat. Bank of McDonough*, 160 *Ga.* 394 (128 S. E. 192).

> Judgment reversed. *Stephens and Bell, JJ., concur.*

DECIDED JUNE 15, 1925.

Garnishment; from Henry superior court—Judge Persons. February 9, 1924.

*Reagan & Reagan,* for plaintiff.  *E. M. Smith,* for defendant.